NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FINJAN, INC.

---

2011-1542
(Reexamination No. 90/008,684)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ORDER

Upon initial review of the briefs, the court deems it appropriate to stay proceedings in this appeal pending disposition of *In re Antor Media*, 2011-1465.

The appellee's brief indicates that this appeal and *In re Antor Media* both involve the issue whether a non-patent reference is entitled to a presumption of enablement. *In re Antor Media* is scheduled to be argued on May 9, 2012.

Accordingly,

IT IS ORDERED THAT:

(1) Proceedings in 2011-1542 are stayed pending disposition of *In re Antor Media*, 2011-1465. The appellee is directed to inform this court within 14 days of the issuance of the mandate in 2011-1465 concerning how he

believes that this appeal should proceed. The appellant may respond within 14 days of the appellee's submission.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *In re Antor Media*, 2011-1465, to inform that panel of this appeal with a related issue.

FOR THE COURT

MAY 0 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Paul J. Andre, Esq.
    Raymond T. Chen, Esq.
    Thomas W. Cunningham, Esq. (counsel in 2011-1465)

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2012

JAN HORBALY
CLERK